# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128283(45)

MARCIA VAN TIL,
       Plaintiff-Appellant,

v

SC: 128283
COA: 250539
Ottawa CC: 02-042717-NO

ENVIRONMENTAL RESOURCES
MANAGEMENT, INC.,
       Defendant-Appellee.
_____

On order of the Chief Justice, the motion by plaintiff-appellant for adjournment of the oral argument and submission of this case is considered and it is GRANTED. The Clerk is directed to place this case on the May, 2006 Session Calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2006

_____
Clerk